```
                                    FILED
                                 JUDGMENT ENTERED

                          _____10/13/2005_____
                                       (date)
                          by _____g. lUCAS_____
                                       Deputy Clerk
                                U.S. District Court
                             Eastern District of California
                          __xx____ FILE CLOSED
```

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

THURMAN DEE PAYNE,

    Petitioner,

**JUDGMENT IN A CIVIL ACTION**

vs.

    CV-F-05-926 OWW DLB HC

WARDEN PAUL SCHULTZ,

    Respondent
_____/

The Findings and Recommendations issued by the Magistrate Judge on August 16, 2005, are hereby adopted in full, and

IT IS HEREBY ORDERED AND ADJUDGED that the petition for writ of habeas corpus is dismissed.

DATED: October 13, 2005

    JACK L. WAGNER, Clerk

    By: /s/ GREG LCUAS
        Deputy Clerk